■ HARRY W. TABER, Appellant, v BARBARA G. LIVINGSTON, Respondent. (Appeal No. 1.) — Appeal unanimously dismissed. Memorandum: During the trial of this proceeding appellant withdrew his petition, refused to go forward with his proof and stipulated to an order of settlement on the merits which was entered on the record. Under the circumstances, no appeal lies from the order (see 7 Weinstein-Korn-Miller, NY Civ Prac, par 5511.10). (Appeal from order of Monroe Supreme Court — support and other actions.) Present — Simons, J. P., Hancock, Jr., Callahan, Doerr and Moule, JJ.